**Abdul Al–Hakeem AFIZ,
Plaintiff–Appellant,**

v.

**EASTERN DISTRICT COURT OF
MISSOURI; Federal Bureau of
Prisons, Defendants–Appellees.**

No. 02–6594.

United States Court of Appeals,
Fourth Circuit.

Submitted June 20, 2002.

Decided June 27, 2002.

Abdul Al Hakeem Afiz, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Abdul Al–Hakeem Afiz appeals from the district court's order adopting the magistrate judge's recommendation to deny relief without prejudice on his action challenging his conviction in the Eastern District of Missouri. Afiz filed his claim for relief under both 28 U.S.C. § 2241 (1994) and 28 U.S.C.A. § 2255 (West Supp.2001). Afiz's claim for relief under § 2241 is unavailing because he does not meet the test for proceeding under this statute as set forth in *In re Jones,* 226 F.3d 328, 333–34 (4th Cir.2000). Furthermore, the district court lacked jurisdiction to grant relief under § 2255. Accordingly, we affirm the district court's order denying relief without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*